1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  CHRISTOPHER SHANE          ) Case No.: 2:23-cv-09446-DTB
    ZIMMERMAN,                 )
12                             ) {~~PROPOSED~~} ORDER AWARDING
               Plaintiff,      ) EQUAL ACCESS TO JUSTICE ACT
13                             ) ATTORNEY FEES AND EXPENSES
        vs.                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14                             ) AND COSTS PURSUANT TO 28
    MARTIN O'MALLEY,           ) U.S.C. § 1920
15  Commissioner of Social Security, )
                               )
16             Defendant       )
                               )
17  _____  )

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $5,300.00 as

21  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22  awarded subject to the terms of the Stipulation.

23  DATE: November 8, 2024

24                          _____
                            THE HONORABLE DAVID T. BRISTOW
25                          UNITED STATES MAGISTRATE JUDGE

26

-1-